IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Deborah Lynn Brown,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC;<br>Experian Information Solutions,<br>Inc.; LendingClub Corporation; and<br>Nationstar Mortgage LLC,<br><br>    Defendants. | Civil Action File No.:<br>1:21-cv-03358-CAP-CMS |

**STIPULATION OF DISMISSAL WITH  PREJUDICE**
**AS TO EQUIFAX INFORMATION SERVICES LLC, ONLY**

    Plaintiff, Deborah Lynn Brown, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Equifax Information Services LLC, in this case.  As indicated by the signature of its counsel below, Equifax Information Services LLC stipulates to Plaintiff's voluntary dismissal of the instant matter.

    It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

    This 6th day of September 2023.

*[Signatures Appear on Following Page]*

<div style="display: flex;">
<div>

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324

/s/ Chris Armor
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

</div>
<div>

**EQUIFAX INFORMATION SERVICES LLC**

*/s/ Christine Kapur*
Christine Kapur
Ga. Bar No. 197008
*Christine.kapur@equifax.com*
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 404-885-8066

*Counsel for Equifax Information Services LLC*

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
chris.armor@armorlaw.com
Telephone: (470) 319-4055
P.O. Box 451328
Atlanta, Georgia 31145
*Counsel for Plaintiff*