# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Deborah Lynn Brown, ) | |
| ) | |
|    Plaintiff, ) | Civil Action File No.: |
| ) | 1:21-cv-03358-CAP-CMS |
| v. ) | |
| ) | |
| Equifax Information Services LLC; ) | |
| Experian Information Solutions, ) | |
| Inc.; LendingClub Corporation; and ) | |
| Nationstar Mortgage LLC, ) | |
| ) | |
|    Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO NATIONSTAR MORTGAGE LLC, ONLY

Plaintiff, Deborah Lynn Brown, by and through undersigned counsel, hereby dismisses this action against Defendant, Nationstar Mortgage LLC, **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 6th day of September, 2023.

                                                                 **BERRY & ASSOCIATES**

                                                                  */s/ Matthew T. Berry*
                                                                   Matthew T. Berry
                                                                   Georgia Bar No.: 055663
                                                                   matt@mattberry.com
                                                                   Telephone: (404) 235-3334
                                                                   2751 Buford Highway, Suite 600
                                                                   Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Nationstar Mortgage LLC, with adequate postage affixed thereto and addressed as follows:

Allison G. Rhadans<br>
McGuire Woods, LLP<br>
1230 Peachtree Street NE, Suite 2100<br>
Atlanta, Georgia 30309

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*